UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

WILLIAM L. NELSON )
7609 STANDIFER GAP Rd )
CHATT TN 37422 )
(Enter above the NAME of the )
plaintiff in this action.) )

1:23 MC18-CEA/CHS

**FILED**

JUN 12 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

v. )

ANCHARLENE DAVIS )
VICKIE CLARK )
CHRIS JONES )
(Enter above the NAME of each )
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: —NA—

         Defendants: —NA—

1

2. COURT: (If federal court, name the district; if state court, name the county):
   —NA—

3. DOCKET NUMBER: —NA—

4. Name of Judge to whom case was assigned: —NA—

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) —NA—

6. Approximate date of filing lawsuit: —NA—

7. Approximate date of disposition: —NA—

II. PLACE OF PRESENT CONFINEMENT: Hamilton County Jail

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? Filed for Bond, CONTACTED LAWYER(S) Filed Appeals

      2. What was the result? MRS. WEEM REPLY WAS: CONTACT MY ATTOURNEY

   D. If your answer to B is NO, explain why not. —NA—

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: **William Nelson**

Present address: **7609 Standergap Rd. Chatt. TN, 37422**

Permanent home address: **Lost while in Jail**

Address of nearest relative: **611 doddson Ave**

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: **AnCharlene Davis**

Official position: **District Attorney**

Place of employment: **D.A. Office  600 Market St 37402  Chatt TN**

C. Additional defendants: **Vickie Clark**
**Public Defender Office  720 Cherry St 37402  Chatt. TN**
**Chris H. Jones > Christopher Hunter Jones**
**Address Unknown - Email only - jonescreek@gmail.com**

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Mrs. Davis abused her legal position to pursue a person

3

matter in behalf of Catherine dail and Jasmine dail to keep me detained without bond

2.) Mrs Clark did not follow legal responsibilties to clinet for defence which help sustain the action of Mrs Davis, she was later removed as ineffective counsel And I just filed a complaint to Board of responsibilities

3.) Chris Jones was given the opporuntiney more than once and his actions was very very poor in open court so Judge removed him as well, he has a complaint dready filed with the Board, the (3) defendants in this suit has voilated my 6th amendment, 8th amendment and also 14th, not going into legal matters as requested by IV part of this, I have substain lost of income, lost of property, lost of son passing which has caused mental issues, got sued due to my incarsiration, I'm held with out a bond and I'm not guilty of any charges and been in jail a year another violation of the constitution

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

GRANT ME A SUM OF ~~THREE~~ 3.16 MILLION DOLLARS

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 31st day of MAY, 2023.

_____
Signature of plaintiff(s)

5

William Nelson L-54632 #
7609 Standifer Gap Rd
Chatt TN 37421

Eastern District of Tennessee
United States District Court
800 Market St Suite 130
Knoxville TN 37402

INMATE MAIL
HCSO - Silverdale Detention Center
This letter has been mailed by an inmate.
The Hamilton County Sheriff's Office
is not responsible for the contents
of this letter.



FOREVER USA
Barn Swallow

RECEIVED
JUN 12 2023
Clerk, U.S. District Court
Eastern District of Tennessee
at Knoxville