UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| WILLIAM L. NELSON, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:23-cv-00145 |
| v. | ) |
| | ) Judge Atchley |
| ANCHARLENE DAVIS, *et al.*, | ) |
| | ) Magistrate Judge Steger |
| *Defendants*. | ) |

# ORDER

On August 1, 2023, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation [Doc. 8] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Magistrate Judge Steger recommended that Plaintiff's Motion for Leave to Amend [Doc. 6] be denied and that the action be dismissed. [Doc. 8 at 4]. Magistrate Judge Steger screened the Complaint pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915, and found that Plaintiff's Complaint failed to satisfy the pleading standards set forth in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). Judge Steger further found that Plaintiff's proposed amendment to add new claims and defendants would be futile.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has now passed.[1] The Court has nonetheless reviewed the Report and Recommendation [*Id.*], as well as the record, and agrees with Magistrate Judge Steger's conclusions.

---

[1] Magistrate Judge Steger advised that the parties had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 8 at 4 n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law as set forth in the Report and Recommendation. [Doc. 8]. Thus, Plaintiff's Motion for Leave to Amend is **DENIED** and the action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**