UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| WILLIAM L. NELSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:23-cv-145 |
| v. ) | |
| ) | Judge Atchley |
| ANCHARLENE DAVIS, *et al.*, ) | |
| ) | Magistrate Judge Steger |
| *Defendants*. ) | |
| ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having adopted the Report and Recommendation of United States Magistrate Judge Christopher H. Steger [Doc. 8], recommending this case be dismissed pursuant to 28 U.S.C. § 1915(e),

It is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT